1064 PARKHURST vs. COMMISSIONER OF THE STATE LAND OFFICE, 17 M., 338.

**1065 PHILLIPS vs. COMMISSIONER OF THE STATE LAND OFFICE, 17 M., 340.**

To compel the issue of a land certificate, in a case where other parties had previously applied but were not ready to pay their money.

Granted October 13, 1868, but without costs, the court being satisfied that the commissioner had acted in good faith.